The Law Office of Joseph Mauro, LLC          **(631) 669-0921**
306 McCall Ave.                              **(631) 669-5071 fax**
West Islip, NY   11795


                                             February 3, 2012



**Hon. Arlene Lindsay**
**Alphonse M. D'Amato Federal Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**


**RE***:  Rosemary Brumby v.  Mercantile Adjustment*

**CV 11-5286 (ADS  - ARL)**


Honorable Judge Lindsay,

        I represent the Plaintiff herein.  I am writing to inform the Court that the parties have
reached a settlement in principal of the above matter and are currently in the process of
executing the settlement documents and exchanging settlement funds.   We intend on filing a
Stipulation of Dismissal within the next 30 days.

        As such, the parties respectfully request that the initial conference currently scheduled
for Wednesday February 7, 2012 be cancelled.



Sincerely,


Joseph Mauro