UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

Rosemary Brumby                                                         Docket No. 11-5286

**Plaintiff**

 -against-


Mercantile Adjustment Bureau,
LLC                                                **Defendant**
_____ X


# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.


S//JOSEPH M. MAURO               4-23-2011
Joseph M. Mauro                  Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff


S//AARON R. EASLEY               4-23-2012
Aaron R. Easley, Esq             Date
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736

Case 2:11-cv-05286-ADS-ARL   Document 8   Filed 04/23/12   Page 2 of 2 PageID #: 27