UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

Rosemary Brumby

                              **Plaintiff**

-against-

Mercantile Adjustment Bureau,
LLC
                              **Defendant**
_____ X

Docket No. 11-5286

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  APR 2 5 2012  ★

LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

S//JOSEPH M. MAURO
Joseph M. Mauro
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

4-23-2011
Date

S//AARON R. EASLEY
Aaron R. Easley, Esq
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736

4-23-2012
Date

So ordered. Case closed.
/s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J  4/25/12